MORRISON-KNUDSEN CO., INC., ET AL., DOING BUSINESS AS MORRISON-KAISER-PUGET SOUND-GENERAL v. WASHINGTON.

No. 566. Decided January 18, 1965.

*Stuart G. Oles* and *Seth W. Morrison* for appellants.

*John W. Riley,* Special Assistant Attorney General of Washington, and *James A. Furber* and *Henry W. Wager,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.